UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JONATHON CHARLES LEONARD, *individually and on behalf of all others similarly situated*,

                    Plaintiff,

-v-

SCWORX CORP. et al.,

                    Defendants.
-----------------------------------------------------------------------X

20-CV-4777 (JMF)

ORDER REGARDING NOTICE TO PURPORTED PLAINTIFF CLASS MEMBERS

JESSE M. FURMAN, United States District Judge:

      On June 22, 2020, Plaintiff filed a putative class action on behalf of all persons who purchased or otherwise acquired SCWorx Corp. securities between April 13, 2020, and April 17, 2020, inclusive. ECF No. 1 ("Compl."), ¶ 1. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than July 13, 2020**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: June 23, 2020
New York, New York

                                                      JESSE M. FURMAN
                                                      United States District Judge