```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CAITLIN LEEBURN, ET AL., | 20-cv-4072 (JGK) |
| Plaintiffs, | |
| - against - | ORDER |
| SCWORX CORP., ET AL., | |
| Defendants. | |
| JONATHON CHARLES LEONARD, | |
| Plaintiff, | 20-cv-4777 (JGK) |
| - against - | |
| SCWORX CORP., ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

    The above-captioned member cases were consolidated with lead case No. 20-cv-3349 in September 2020. See No. 20-cv-3349, ECF No. 40. On June 29, 2022, this Court entered final judgment approving the class action settlement in No. 20-cv-3349 and dismissing with prejudice any and all Released Claims, including, inter alia, the claims of all Settlement Class Members that were or could have been asserted in the action. See No. 20-cv-3349, ECF No. 90; see also Stipulation, No. 20-cv-3349, ECF No. 79-1. Accordingly, it appears that these member cases have been dismissed with prejudice and should be closed. If the parties are aware of any reason why the above-captioned member cases, Nos. 20-cv-4072 and 20-cv-4777,

should not be closed, they should notify the Court via letter by **June 26, 2023.** Absent any such letter, the Court will direct the Clerk to enter final judgment and close these member cases once that deadline expires.

The Clerk is directed to enter this Order in Nos. 20-cv-4072 and 20-cv-4777.

**SO ORDERED.**

**Dated:** New York, New York
June 21, 2023

_____
John G. Koeltl
United States District Judge

2