UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAITLIN LEEBURN, ET AL.,

Plaintiffs,

- against -

SCWORX CORP., ET AL.,

Defendants.

20-cv-4072 (JGK)

ORDER

JONATHON CHARLES LEONARD,

Plaintiff,

- against -

SCWORX CORP., ET AL.,

Defendants.

20-cv-4777 (JGK)

JOHN G. KOELTL, District Judge:

On June 29, 2022, this Court entered final judgment in No. 20-cv-3349, the lead case into which the above-captioned member cases were consolidated. See No. 20-cv-3349, ECF No. 90. As set forth in the Court's June 21, 2023 Order, it appears that, in light of that judgment, "these member cases have been dismissed with prejudice and should be closed." ECF No. 30, No. 20-cv-4072; ECF No. 32, No. 20-cv-4777. In that same Order, the Court advised that the parties should notify the Court via letter of "any reason why the above-captioned member cases . . . should not be closed" by June 26, 2023, and that absent such a letter, the Court would direct the Clerk to enter final judgment and close the cases. Id.

The June 26, 2023 deadline has passed without the filing of a letter in either member case. Accordingly, the Clerk is directed to docket this Order in Nos. 20-cv-4072 and 20-cv-4777, to enter final judgment in both of those cases, and to close those cases.

**SO ORDERED.**

**Dated: New York, New York**
**June 27, 2023**

John G. Koeltl
United States District Judge